PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California  94105
   Telephone: (510) 970-4827
   Email: sharon.lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KOUANENG MOUA, | ) CIVIL NO. 1:22-cv-00655-ADA-EPG |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) EXTENSION OF TIME |
| vs. | ) |
| | ) (ECF No. 14) |
| KILOLO KIJAKAZI, Acting Commissioner | ) |
|   Of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between Kouaneng Moua ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 13) be extended by 30 days.  The current deadline is November 28, 2022, and the new deadline will be December 28, 2022.  Plaintiff shall file any reply on or before January 13, 2023.  This is the first extension of time requested in the above-captioned matter.  Defendant respectfully requests this additional time because she is currently considering settling the above-

captioned matter without further briefing by the Parties but requires additional time to adequately consider the arguments Plaintiff raises in his Motion for Summary Judgment.

Date:  November 21, 2022  LAW OFFICES OF FRANCESCO BENAVIDES

By:  /s/  *Francesco Paulo Benavides**
Francesco Paulo Benavides
(*Authorized by e-mail on November 21, 2022)
Attorneys for Plaintiff

Date:  November 21, 2022  PHILLIP A. TALBERT
United States Attorney


By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

2

# ORDER

Based on the above stipulation (ECF No. 14), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's motion for summary judgment by no later than December 28, 2022. And any reply shall be due by no later than January 13, 2023.

IT IS SO ORDERED.

Dated:   **November 22, 2022**            /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE