UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUANENG MOUA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  1:22-cv-00655-ADA-EPG<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF KOUANENG MOUA AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>(ECF No. 16) |

　　　　Kouaneng Moua and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on December 9, 2022.  (ECF No. 16.)  They agree that, on remand, "the Agency will vacate the Administrative Law Judge's decision, re-evaluate the evidence, and issue a new decision."  (*Id.* at 1.)  The parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (*Id.* at 1–2.)

　　　　Accordingly,

　　　　1.　　The stipulation of the parties, (ECF No. 16), is granted;

　　　　2.　　The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

3. Plaintiff's Motion for Summary Judgment, (ECF No. 13), is terminated as moot; and

4. The Clerk of Court is directed to enter judgment in favor of Kouaneng Moua and against Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   December 13, 2022

UNITED STATES DISTRICT JUDGE